828

No. 902. WHEELER v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Robert M. Taylor* and *Alexander Cooper* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for the United States.

No. 908. McCAFFREY ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Robert G. McAlister* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *Frederick E. Youngman* for respondent.

No. 911. JONES & LAUGHLIN STEEL CORP. v. HARDINGE COMPANY, INC. C. A. 3d Cir. Certiorari denied. *Davidson C. Miller* for petitioner. *John Gibson Semmes* for respondent.

No. 912. MANFREDI v. UNITED STATES; and
No. 913. DE LUCA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Vincent J. Velella* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Julia P. Cooper* for the United States. Reported below: 275 F. 2d 588.

No. 918. OHIO STATE LIFE INSURANCE CO. ET AL. v. CLARK ET AL.; and
No. 919. BROWN, SECRETARY OF STATE, ET AL. v. KELLER ET AL. C. A. 6th Cir. Certiorari denied. *William S. Evatt, Robert L. Barton* and *Donald J. Hoskins* for petitioners in No. 918 and for petitioners (other than Ted W. Brown, Secretary of State) in No. 919. *Edward B. Raub, Jr., William A. Wick, William E. Knepper* and *Richard L. Miller* for respondents in No. 918. *J. Bruce Donaldson* and *John D. Holschuh* for respondents in No. 919. Reported below: 274 F. 2d 771.